UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
BRAHIM HALIM, :
:
:
Plaintiff, :
: 23-cv-3368 (LJL)
-v- :
: ORDER
:
P.O. SCOTT CARLEY, P.O. KAISEAN BRANCHE, and :
CITY OF NEW YORK, :
:
Defendants. :
:
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023

LEWIS J. LIMAN, United States District Judge:

     The Court held an initial case management conference on October 20, 2023. The parties have already served initial disclosures. Any motion to amend the complaint or join additional parties shall be due by November 20, 2023. Discovery is stayed pending completion of the mediation conference scheduled for November 17, 2023. The parties shall file a revised proposed case management plan by November 27, 2023.

     SO ORDERED.

Dated: October 20, 2023
      New York, New York

                                                          LEWIS J. LIMAN
                                                      United States District Judge