```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BRAHIM HALIM,                                                    :
                                                                 :
                         Plaintiff,                              :
                                                                 :           23-cv-3368 (LJL)
        -v-                                                      :
                                                                 :              ORDER
P.O. SCOTT CARLEY, P.O. KAISEAN BRANCHE, and                     :
CITY OF NEW YORK,                                                :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2023

LEWIS J. LIMAN, United States District Judge:

The parties filed a stipulation and proposed order of dismissal that would dismiss this case with prejudice but require the Court "to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter." Dkt. No. 25 at 2.

As a matter of general practice, the Court will not retain jurisdiction indefinitely to enforce the terms of a non-public settlement agreement. If the parties would like the Court to retain jurisdiction, they must either refile the stipulation and proposed order with a copy of the Stipulation of Settlement or provide the Court with a sufficient reason to depart from its general practice in this case.

SO ORDERED.

Dated: December 1, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge